■ SYLVIA BOTWINICK et al., v HERBERT S. OGDEN et al. — Motion, insofar as it seeks leave to reargue denied, and insofar as it seeks leave to appeal to the Court of Appeals granted and the following question certified: "Was the order of this court, which reversed the order of the Supreme Court, properly made?" Concur — Ross, J. P., Carro, Lupiano, Fein and Milonas, JJ.